[No. 13050-9-III.   Division Three.   August 1, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. LISA L. NELSON, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 92-1-50308-4, Duane E. Taber, J., entered

February 16, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.